ACCEPTED
03-14-00613-CV
4110024
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 2:04:14 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00613-CV

IN THE
THIRD COURT OF APPEALS
OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 2:04:14 PM
JEFFREY D. KYLE
Clerk

HARLINGEN FAMILY DENTISTRY,

*Appellant,*

v.

THE STATE OF TEXAS

*Appellees.*

On appeal from the 53rd District Court, Travis County, Texas
Cause No. NO. D-1-GN-14-000319

## APPELLANT'S UNOPPOSED MOTION TO VACATE AND DISMISS APPEAL WITH PREJUDICE

Appellant asks the court to vacate and dismiss this appeal with prejudice.

## A. INTRODUCTION

1.     Appellant is Harlingen Family Dentistry; appellee is the State of Texas.

2.     Appellant perfected the appeal on September 23, 2014, when it filed a notice of appeal.

## B. ARGUMENT & AUTHORITIES

3.     The court has the authority under Texas Rule of Appellant Procedure 42.1(a) to grant this motion to dismiss.

4.     Since the filing of the appeal by Harlingen Family Dentistry (hereinafter

"HFD"), the State of Texas brought separate claims against several dentists including HFD; that new case is styled *State v. Nazari, et al.,* Cause No. D-1-GN-14-005380 (hereinafter "5380").

5. Subsequently, the State of Texas and HFD have entered into an agreement to dismiss this appeal. (See Attached Exhibit A –February 9, 2015 Rule 11 Agreement). The parties have agreed that the issues in this appeal will likely be duplicative of the issues to be considered in 5380, so this appeal can be vacated.

6. Appellant asks the Court to vacate this appeal and dismiss it with prejudice.

### CONCLUSION AND PRAYER

7. For these reasons, the Appellant respectfully requests that court vacate and dismiss this appeal with prejudice.

Respectfully Submitted,

Jason Ray
State Bar No. 24000511
RIGGS ALESHIRE & RAY, P.C.
700 Lavaca, Suite 920
Austin, Texas 78701
(512) 457-9806 Telephone
(512) 457-9066 Facsimile
jray@r-alaw.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I communicated by e-mail on February 9, 2015 with opposing counsel, Raymond Winter (for the State of Texas) and the attached Rule 11 agreement with the State indicates that the State does not oppose this motion.

Jason Ray

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by eservice on February 10, 2015 to the following:

*__Counsel for State of Texas:__*
Raymond Winter
Office of the Attorney General
P.O. Box 12458
Austin, TX 78711-2548
raymond.winter@texasattorneygeneral.gov


*__Counsel for ACS State Healthcare,LLC:__*
Eric J.R. Nichols
Christopher R. Cowan
Beck Redden, LLP
515 Congress Avenue, Suite 1750
Austin, Texas, 78701
enichols@beckredden.com
ccowan@beckredden.com


Jason Ray

EXHIBIT A


February 9, 2015 Rule 11

2/9/2015 2:50:01 PM

Velva L. Price
District Clerk
FrankTravisCounty
CertiD-1-GN-14-000319
Texas Board of Legal Specialization
fhopkins@r-alaw.com

**Jennifer S. Riggs**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jriggs@r-alaw.com

**Jason Ray**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jray@r-alaw.com

# RIGGS & RAY
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS

700 LAVACA, SUITE 920
AUSTIN, TEXAS 78701
512 457-9806 TELEPHONE
512 457-9066 FACSIMILE

February 9, 2015

Raymond Winter
Chief, Civil Medicaid Fraud Division
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

via e-mail to:
raymond.winter@texasattorneygeneral.gov

Re:  Cause No. D-1-GN-000319; Harlingen Family Dentistry, P.C. and Dr. Juan Villarreal, D.D.S. *v. ACS State Healthcare, LLC,* in the 53rd Judicial District, Travis County, Texas
and
Cause No. D-1-GN-000321; *M&M Orthodontics, PA, Dr. Scott Malone, DDS and Dr. Diana Malone, DDS, v ACS State Healthcare, LLC,* in the 126th Judicial District, Travis County, Texas.

Dear Ray:

The Harlingen Family Dentistry plaintiffs brought claims against the State of Texas in Cause No. D-1-GN-14-000319 (hereinafter "319"). The M&M Orthodontics plaintiffs brought claims against the State of Texas in Cause No. D-1-GN-14-000321 (hereinafter "321"). The District Court signed an order granting the State's Plea to the Jurisdiction in 319 and 321 on September 18, 2014. The plaintiffs in 319 and 321 appealed the Order Granting the State's Plea to the Jurisdiction and that appeal is pending. The State subsequently brought separate claims against several dentists and, *inter alia,* the plaintiffs in 319 and 321; that new case is styled State v. Nazari, et al., Cause No. D-1-GN-14-005380 (hereinafter "5380").

By this agreement, the plaintiffs in 319 and 321 agree to dismiss with prejudice the appeal of the Order Granting the State's Plea to the Jurisdiction. The parties agree that the plaintiffs are not required to dismiss any claims against Xerox in 319 and 321. In exchange, the State agrees and stipulates that the plaintiffs in 319 and 321 do not waive and by their dismissal of the appeal of the Order Granting the State's Plea to the Jurisdiction do not settle, any causes of action the plaintiffs in 319 and 321 may have against third parties, including Xerox. The State agrees that the dismissal of the appeal of the Order Granting the State's Plea to the Jurisdiction in 319 and 321 will not act to prevent the assertion or appeal of any claims or defenses that may be raised in 5380.

If the State agrees, please sign this and return it to me. I will consider it a Rule 11 agreement, and each side can proceed with our respective arguments in the 5380 case, which should make for a smaller, cleaner appellate record.

Sincerely,

Jason Ray

Agreed:

Raymond Winter
on behalf of the State of Texas
in Cause Nos. D-1-GN-14-000319,
D-1-GN-14-000321, and D-1-GN-14-005380